BEFORE THE THIRD DIVISION, MAY 17, 1956

**No. 59922.**—Air Express International Agency, Inc. *v.* United States, protest 222533–K (B) (New York).

Opinion by JOHNSON, J.  It was stipulated that if the certificate of exportation had been filed prior to the liquidation of the entry or the expiration of the collector's review period provided for in section 515, the merchandise would have been liquidated free of duty under paragraph 1615, as amended, *supra*.  In view of the stipulation and following Abstract 57104, the claim of the plaintiff was sustained.

**No. 59923.**—The May Department Stores Co. et al. *v.* United States, protests 188120–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those the subject of *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiffs was sustained.

**No. 59924.**—Joseph Volpe *v.* United States, protest 242994–K (New York).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *Fontana Hollywood Corp.* v. *United States* (30 Cust. Ct. 98, C. D. 1503), the claim of the plaintiff was sustained.